IRVING TRUST CO., TRUSTEE IN BANKRUPTCY, v. BOWDITCH ET AL.

No. 173. Argued November 6, 1934.—Decided December 3, 1934.

*Mr. Lester D. Melzer,* with whom *Mr. Irving L. Ernst* was on the brief, for petitioner.

*Mr. Burton E. Eames* for respondents.

MR. JUSTICE ROBERTS delivered the opinion of the Court.

This case is ruled by No. 22, *Irving Trust Co.* v. *A. W. Perry, Inc.,* decided this day, *ante,* p. 307. The stipulation in the lease is in all pertinent respects similar to that involved in No. 22. The judgment of the Circuit Court of Appeals, affirming an order of the District Court admitting proof of claim, was therefore right, and is

*Affirmed.*